UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LYNNE E. SINGH-MINHAS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. C19-5573-MLP<br><br>ORDER |

On March 26, 2020, this Court affirmed the final decision of the Commissioner and dismissed this case with prejudice. (Dkt. ## 15-16.) On May 11, 2020, Plaintiff appealed that decision to the Ninth Circuit. (Dkt. # 17.) On appeal, Defendant filed an unopposed motion to vacate the judgment and to remand this matter to the District Court pursuant to *Carr v. Saul*, 141 S. Ct. 1352 (2021), which the Ninth Circuit granted. (Dkt. # 20.)

Accordingly, the Court hereby remands this matter to the Social Security Administration for the agency to conduct further proceedings consistent with the Supreme Court's intervening decision in *Carr*.

\\

\\

ORDER - 1

Dated this 23rd day of June, 2021.

						_____
						MICHELLE L. PETERSON
						United States Magistrate Judge

ORDER - 2